IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MORGENSTERN | CIVIL ACTON NO. 08-0562 |
| v. | |
| FOX TELEVISION STATIONS OF PHILADELPHIA d/b/a/ FOX 29 PHILADELPHIA, FOX TELEVISION STATIONS, INC., JEFF COLE, PHILADELPHIA MEDIA HOLDINGS, LLC, d/b/a PHILADELPHIA DAILY NEWS, DAVE DAVIES, GAR JOSEPH, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 98, and JOHN J. DOUGHERTY | |

## ORDER

AND NOW, this 23rd day of February, 2010, in consideration of defendant's motion to place this case in civil suspense and plaintiff's response thereto, it is hereby ORDERED that upon the completion of all non-deposition discovery with regard to all non-bankrupt defendants, the case shall be HELD IN ABEYANCE.

In consideration of plaintiff's motion to strike objections to the First Set of Interrogatories and to compel answers and defendant's response thereto, it is FURTHER ORDERED that defendant's objections are STRICKEN and plaintiff's motion to compel is GRANTED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.